*Ice,* and *Carleton M. Crick* for respondent.

No. 655. DEPARTMENT OF TREASURY OF INDIANA ET AL. *v.* INGRAM-RICHARDSON MANUFACTURING Co. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel D. Jackson,* Attorney General of Indiana, *Joseph W. Hutchinson,* and *Joseph P. McNamara,* Deputy Attorneys General, for petitioners. *Messrs. Earl B. Barnes, Alan W. Boyd,* and *Charles M. Wells* for respondent.

No. 666. DETROLA RADIO & TELEVISION CORP. *v.* HAZELTINE CORPORATION. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for petitioner. *Messrs. William H. Davis* and *R. M. Adams* for respondent.

No. 627. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WILLIAM FLACCUS OAK LEATHER Co. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. John A. McCann* for respondent.

No. 678. BALTIMORE & OHIO RAILROAD Co. *v.* KEPNER. February 10, 1941. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Morison R. Waite* and *William A. Eggers* for petitioner. *Mr. Edward M. Ballard* for respondent.